## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02009-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DARRELL ERIC PATTERSON,

      Plaintiff,

v.

BOBBY BONNER, Warden, KCCC/CCA,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Darrell Eric Patterson, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Kit Carson Correctional

Center in Burlington, Colorado.  He submitted *pro se* a Prisoner Complaint (ECF No. 1)

and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915 (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this order must include the civil action number

noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___      is not submitted
(2)    ___      is missing affidavit
(3)    ___      is missing certified copy of prisoner's trust fund statement for the 6-month
                    period immediately preceding this filing
(4)    ___      is missing certificate showing current balance in prison account
(5)    ___      is missing required financial information
(6)    ___      is missing an original signature by the prisoner

(7)   X     is not on proper form (<u>must use and complete the court's current form</u>
            <u>revised 10/01/12 with Authorization and Certificate of Prison Official</u>)
(8)   __    names in caption do not match names in caption of complaint, petition or
            habeas application
(9)   __    An original and a copy have not been received by the court.
            Only an original has been received.
(10)  X     other: <u>§ 1915 motion and affidavit and certified account statement only</u>
            <u>are necessary if $400.00 filing fee is not paid in full in advance.</u>

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  __    is not on proper form (must use the court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. ___
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court.  Only an
            original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case

manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the

applicable instructions, at www.cod.uscourts.gov, and shall use that form in curing the

designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the Prisoner Complaint and the action

will be dismissed without further notice.

DATED July 30, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge